NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GABRIEL JOSEPH CARRERA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION and BAYER HEALTHCARE LLC,<br><br>Defendants. | Civil Action No.: 08-4716 (JLL)<br><br>**ORDER** |

Currently before this Court is Plaintiff's motion for class certification. For the reasons set forth in this Court's corresponding Opinion,

It is on this 22nd day of November, 2011,

**ORDERED** that Plaintiffs' motion for class certification (CM/ECF No. 92) is GRANTED; and it is further

**ORDERED** that the requirements for class certification, pursuant to Rules 23(a) and 23(b)(3) have been met as to Plaintiff's Florida Deceptive and Unfair Trade Practices Act claim; and it is further

**ORDERED** that a class defined as follows is hereby certified:

> All persons who purchased a multivitamin called One-A-Day WeightSmart in the State of Florida;

and it is further

**ORDERED** that the named plaintiff Gabriel Joseph Carrera is hereby appointed as representative; and it is further

**ORDERED** that counsel for Plaintiff is hereby appointed class counsel; and it is further

**ORDERED** that Opinion accompanying this Order shall remain under seal for ten (10) days unless within that time a party objects to the Opinion being unsealed; and it is further

**ORDERED** that Notice shall be disseminated to the class in accordance with a Notice Plan to be submitted for this Court's approval.

**IT IS SO ORDERED.**

_____
Jose L. Linares,
United States District Judge