# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

COUNSELLORS AT LAW

_____

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | AVRAM S. EULE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | OF COUNSEL |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | *CERTIFIED BY THE SUPREME COURT OF |
| | BRIAN H. FENLON | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | |
| ELLIOT M. OLSTEIN (1939-2014) | | | |

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
+MEMBER FL BAR ONLY

February 22, 2017

**VIA ECF**

Honorable Jose L. Linares, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Carrera v. Bayer Corporation and Bayer Healthcare, LLC*
              **Civil Action No. 2:08-cv-4716 (JLL)(JAD)**

Dear Judge Linares:

      This firm, along with our co-counsel, represents plaintiff Gabriel Joseph Carrera. We write on behalf of all parties to respectfully request authorization to make a second payment of the remaining undisbursed settlement proceeds to the Florida Association of Food Banks. The Court previously approved the Florida Association of Food Banks as a *cy pres* beneficiary. Dkt. No. 150.

      If the Court approves the parties' joint request, kindly SO ORDER this letter and return it to the parties through the Court's ECF system.

      Thank you for your consideration of this request. If the Court has any questions, we are available at Your Honor's convenience.

                            Respectfully submitted,

                            CARELLA, BYRNE, CECCHI,
                            OLSTEIN, BRODY & AGNELLO

                            /s/ Donald A. Ecklund

                            DONALD A. ECKLUND

cc:    All Counsel of Record (via ECF)
#633383